UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

HARRISON HAWKINS,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION, et al.,

Defendants.

No. 2:25-cv-04060-MEMF-SSC

**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

Upon consideration of the Stipulation for Dismissal (the "Stipulation"), and finding good cause therefor, IT IS ORDERED that the Stipulation for Dismissal is GRANTED, this action is hereby DISMISSED *with* prejudice. Each party to bear its own costs, fees, and expenses.

IT IS SO ORDERED.

Dated: August 19, 2026

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge